## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
William James Hanna                       §        Case No. 2:12-bk-40571-DS
                                          §
                Debtor(s)                 §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter Mastan - Chapter 7, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                            Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:            Claims Discharged
                                             Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Peter Mastan - Chapter 7 _____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| William James Hanna | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | JPMorgan Chase Bank NA | | | | | |
| 4 | JPMorgan Chase Bank NA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter J. Mastan | | | | | |
| Peter J. Mastan | | | | | |
| International Sureties, Ltd. | | | | | |
| International Sureties, Ltd. | | | | | |
| Preferred Bank | | | | | |
| Union Bank | | | | | |
| Clerk of Court | | | | | |
| AFS/IBEX Financial Services, Inc. | | | | | |
| AFS/IBEX Financial Services, Inc. | | | | | |
| Biggs & Co. | | | | | |
| Marshack Hays LLP | | | | | |
| Marshack Hays LLP | | | | | |
| Sam Biggs | | | | | |
| Sam Biggs | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| AV Plumbing Co., Inc. | | | | | |
| Community Pest Control | | | | | |
| CR Coatings, Inc. | | | | | |
| CR Coatings, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HDSI Management, Inc. | | | | | |
| HDSI Management, Inc. | | | | | |
| Paintcraft Supply and Hardware Co., Inc. | | | | | |
| Paintcraft Supply and Hardware Co., Inc. | | | | | |
| Paintcraft Supply and Hardware Co., Inc. | | | | | |
| Paintcraft Supply and Hardware Co., Inc. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Design Receivable Solutions, 1 Centerpointe Dr #450, La Palma, CA 90623 | | | | | |
| | Sequoia Financial Svcs, 500 N. Brand Blvd., Glendale, CA 91203 | | | | | |
| 2 | Olivia O. Bissell | | | | | |
| 1 | Union Bank | | | | | |
| | Olivia O. Bissell | | | | | |
| | Union Bank | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-40571 | DS |
| Case Name: | William James Hanna | |
| For Period Ending: | 06/27/2014 | |

| | |
|---|---|
| Judge: | Deborah J. Saltzman |

| | |
|---|---|
| Trustee Name: | Peter Mastan - Chapter 7 |
| Date Filed (f) or Converted (c): | 09/07/2012 (f) |
| 341(a) Meeting Date: | 10/01/2012 |
| Claims Bar Date: | 03/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12707 Venice Blvd., Los Angeles, CA 90066<br><br>The Trustee operated this property and the property listed in Asset #2 by Court order, and after a Court-approved settlement with the Debtor, abandoned it back to the Debtor, effective 5/24/13. | 366,748.76 | 585,403.00 | OA | 115,000.00 | FA |
| 2. 12621 Pacific Avenue, Los Angeles, CA 90066<br><br>The Trustee operated this property along with the property listed in Asset #1 by Court order, and after a Court-approved settlement with the Debtor, abandoned it back to the Debtor, effective 5/24/13. See Asset #1. | 404,521.33 | 745,478.67 | OA | 0.00 | FA |
| 3. Cash on Hand<br><br>Fully exempt. | 500.00 | 0.00 | | 0.00 | FA |
| 4. Checking, Savings or Other Financial Accounts<br><br>Fully exempt. | 800.00 | 0.00 | | 0.00 | FA |
| 5. Security deposits with public utilities, etc.<br><br>Fully exempt. | 300.00 | 0.00 | | 0.00 | FA |
| 6. Household goods and furnishings<br><br>Fully exempt. | 500.00 | 0.00 | | 0.00 | FA |
| 7. Books, pictures and other art objects, etc.<br><br>Fully exempt. | 250.00 | 0.00 | | 0.00 | FA |
| 8. Wearing apparel<br><br>Fully exempt. | 600.00 | 0.00 | | 0.00 | FA |
| 9. 1992 Chevy Cavalier<br><br>Fully exempt.  Abandoned by Court Order entered 4/11/13. | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 10. 1998 Toyota Corolla<br><br>Fully exempt.  Abandoned by Court Order entered 4/11/13. | 1,000.00 | 0.00 | OA | 0.00 | FA |

Case 2:12-bk-40571-DS    Doc 142    Filed 07/03/14    Entered 07/03/14 12:47:29    Desc
Main Document    Page 9 of 29

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-40571 DS | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: | William James Hanna | Date Filed (f) or Converted (c): 09/07/2012 (f) |
| | Judge: Deborah J. Saltzman | 341(a) Meeting Date: 10/01/2012 |
| For Period Ending: | 06/27/2014 | Claims Bar Date: 03/05/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Deposit Account at Union Bank (u) | 0.00 | 40,828.61 | | 40,828.61 | FA |
| These funds were not disclosed by Debtor on his petitions, and when Union Bank notified the Trustee about the existence of the funds, the Trustee instructed Union Bank to turnover the funds.  Fully administered on 11/8/12. | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $776,220.09 | $1,371,710.28 | $155,828.61 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE'S DISTRIBUTION REPORT (TDR)
The Trustee submitted his TDR to the OUST on or about 6/27/14.
*******************************************************************************************************************
INTERIM REPORT PERIOD THROUGH 3/31/14
The Trustee has made his distribution to creditors, and is waiting for a zero balance account statement so that he may submit his TDR to the OUST.
*******************************************************************************************************************
TRUSTEE'S FINAL REPORT (TFR)
The Trustee submitted his TFR to the OUST on or about 1/14/14.
*******************************************************************************************************************
QUARTERLY REVIEW PERIOD THROUGH 12/31/13
The Trustee is closing the Estate.
*******************************************************************************************************************
QUARTERLY REVIEW PERIOD THROUGH 9/30/13
The Trustee is preparing to close the Estate.
*******************************************************************************************************************
QUARTERLY REVIEW PERIOD THROUGH 6/30/13
The Trustee is preparing to close the Estate.
*******************************************************************************************************************
QUARTERLY REVIEW PERIOD THROUGH 3/31/13
The Trustee is currently administering the assets of the Estate.
*******************************************************************************************************************
INTERIM REPORT PERIOD THROUGH 9/30/12

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

The Trustee is currently administering the assets in the Estate, and opposing the Debtor's motion to dismiss the bankruptcy case.
**********************************************************************************

Exhibit 8

GENERAL:

This Case commenced as a voluntary Chapter 7 on 9/7/12.

The first 341(a) meeting was held on 10/01/12. Debtor did not appear.

On 10/1/12, the Trustee continued the 341(a) meeting to 10/24/12 for non-appearance by Debtor.

On 10/24/12, the Trustee continued the 341(a) meeting to 11/21/12 for production of documents and records.

On 11/21/12, the Trustee continued the 341(a) meeting to 12/31/12 for non-appearance by Debtor.

On 12/31/12, the Trustee continued the 341(a) meeting to 2/6/13 for non-appearance by Debtor.

On 2/6/13, the Trustee continued the 341(a) meeting to 3/12/13 for non-appearance by Debtor.

On 3/12/13, the Trustee continued the 341(a) meeting to 4/17/13 for non-appearance by Debtor.

On 4/17/13, the Trustee continued the 341(a) meeting to 5/22/13 for non-appearance by Debtor.

On 5/22/13, the Trustee continued the 341(a) meeting to 6/12/13 for productions of documents.

On 6/12/13, the Trustee concluded the 341(a) meeting.

** UST Statement of no presumed abuse, change from original notice.
Filed 10/22/12

** Order Denying Motion to Dismiss Case
Entered 1/15/13

Order Granting Sustaining Trustees Motion Objecting to Debtors Claims of Exemption
** Entered 1/29/13

** Document/Peremptory Challenge To Judicial Officer Filed by Debtor William James Hanna
Filed 1/16/13

** Order Granting Application and Setting Hearing on Shortened Notice Trustee's Motion to Use Cash Collateral
Entered 1/28/2013

** Order Granting Motion To Use Cash Collateral and Authorizing Immediate Payment of Necessary Expenses
Entered 2/4/2013

** Order Granting Application and Setting Hearing on Shortened Notice re Trustee's Motion for Order to Operate Certain Real Property of the Estate
Entered 1/28/13

** Order Granting Motion for Order to Operate Certain Real Property of the Estate
Entered 2/4/2013

** Stipulation By Peter J Mastan (TR) and Bissell & Associates, P.C. re: Post-Petition Recordation of Abstract of Judgment with Proof of Service Filed by Trustee Peter J Mastan (TR)
Filed 3/7/13

** Order Granting Emergency motion by Trustee for Order: (1) Compelling Debtor to Turn Over Bankruptcy Estate Assets Records; and (2) Authorizing Trustee to Use Funds on Hand In the Estate To Pay for Emergency Repairs to Real Property
Entered 3/27/2013

** Order Granting Motion For Approval of Cash Disbursements by the Trustee Under LBR 2016-2
Entered 3/28/2013

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Exhibit 8

** Notice of order denying discharge (BNC) (Order Entered in Adv. #12-02559 PC)
Filed 5/24/13

** Notice of Abandonment Order Becoming Effective; with Proof of Service Filed by Trustee Peter J Mastan
Filed 4/16/2013.

** Notice of Bar Date for Certain Chapter 7 Administrative Claimants to File and Set for Hearing Applications for Fees and Expenses and/or Requests for Payment of
Administrative Claims: September 6, 2013
Filed 7/10/13.

** Notice to professionals to file application for compensation with Proof of Service Filed by Trustee Peter J Mastan (TR)
Filed 11/5/13

** Request for court costs  Filed by Trustee Peter J Mastan (TR).
Filed 11/5/13

** Notice to Pay Court Costs Due Sent To: PETER J. MASTAN, Chapter 7 Trustee, Total Amount Due $293.00
Filed 11/5/13

** Application for Compensation Accountants Final Application for Approval of Compensation and Reimbursement of Costs  for  Biggs & Co., Accountant, Period: 1/15/2013 to
11/13/2013, Fee: $17,402.50, Expenses: $1288.05. Filed by Accountant Biggs & Co.
Filed 11/18/13

** Application for Compensation First and Final; Declaration of David M. Goodrich in support; with Proof of Service  for Marshack Hays LLP, Trustees Attorney, Period: 11/1/2012
to 11/25/2013, Fee: $38,697.50, Expenses: $2,230.38. Filed by Attorney  Marshack Hays LLP
2Filed 11/26/13

** Declaration re: Declaration of Trustee in support; with Proof of Service Filed by Trustee Peter J Mastan (TR)  (RE: related document(s)[130] Application for Compensation First
and Final; Declaration of David M. Goodrich in support; with Proof of Service  for  Marshack Hays LLP, Trustees Attorney, Period: 11/1/2012 to 11/25/2013, Fee: $38,697.50,
Expenses: $2,230.38.).
Filed 11/26/13

** Chapter 7 Trustees Final Report, Application for Compensation and Application(s) for Compensation of Professionals filed on behalf of Trustee Peter Mastan. The United
States Trustee has reviewed the Chapter 7 Trustees Final Report. Filed by United States Trustee.  (Attachments: # (1) Supplement Trustee Surplus Fee Calculation)
Filed 3/7/14

** Notice of Trustees Final Report and Applications for Compensation (BNC-PDF) Filed by United States Trustee
Filed 3/7/14

** Order Allowing administrative claims, professional fees and expenses, Trustee fees and expenses for Biggs & Co., fees awarded: $17402.50, expenses awarded: $1288.05,
Granting Application For Compensation for Marshack Hays LLP, fees awarded: $38697.50, expenses awarded: $2230.38
Entered 4/18/2014.

PROFESSIONAL:
** Order Granting Application to Employ Marshack Hays LLP as Attorney for Trustee
Entered 12/20/12

** Order Granting Application to Employ Biggs & Co., Certified Public Accountants as Accountants to Trustee
Entered 1/30/2013.

** Order Granting Application and Setting Hearing on Shortened Notice re Trustee's Application to Employ Property Manager
Entered 1/28/13

** Order Granting Application to Employ  HDSI Management, Inc.
Entered 2/4/13

** In accordance with the Administrative Order 14-04 dated May 10, 2014, this case is hereby reassigned from Judge Peter H. Carroll to Judge Deborah J. Saltzman.
Entered 05/12/2014

CLAIMS:

Exhibit 8

Notification of Asset Case was filed on 11/30/12
Claims Bar Date is 3/5/13
Government Claims Bar Date is 3/6/13
Administrative Claims Bar Date is 9/6/2013

** Order Granting Motion Bar Date for Certain Chapter 7 Claimants to File and Set for Hearing Applications for Fees and Expenses and/or Requests for Payment of Administrative Claims
Filed 7/9/2013.

TAXES:
Estate taxes have been filed.  The determination letter from the IRS is dated 10/24/13.

ADMIN. STATUS:
All Assets have been administered and/or abandoned.

** Order Granting Trustee's Motion Approving the Compromise Between the Estate and Debtor
Filed 4/16/13

** Order Approving Trustees Abandonment of the Estates Interest in Certain Vehicles; To Abandon
Entered 4/11/2013

** Order Granting Motion for Order: (1) Conditionally Abandoning the Estates Interest in Real Property; and (2) Conditionally Terminating Operations of Real Property
Entered 5/16/2013

** Notice of Abandonment Order Becoming Effective; with Proof of Service Filed by Trustee Peter J Mastan (TR)
Filed 6/3/2013.

INSURANCE:
Debtor was instructed to turn over proof of insurance coverage on the two real properties, but did not do so.  The Trustee obtained insurance for both properties through Accord Insurance, effective as of 2/8/13, and which expires as of 2/8/14.  As the properties have been abandoned back to the Debtor by Court order, no insurance is necessary.

As all vehicles of the Estate have been abandoned by Court order, no insurance is required.

PENDING LITIGATION

** Adversary case 2:12-ap-02559. Complaint by Peter J Mastan against William James Hanna for Objection/revocation of discharge - 727(c),(d),(e)
Entered 11/29/2012

** Order Approving Stipulated Judgment Denying Debtor's Discharge
Entered 5/24/2013

Initial Projected Date of Final Report (TFR): 09/07/2014        Current Projected Date of Final Report (TFR): 09/07/2014

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: William James Hanna | Bank Name: Preferred Bank |
| | Account Number/CD#: XXXXXX8742 |
| | Checking |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/08/12 | 11 | William Hanna ending in 7355 c/o Union Bank, N.A. Legal Process Dept. | Turnover of Debtor's Deposit Account Turnover by Union Bank of unscheduled and undisclosed funds in Debtor's Deposit Account. | 1229-000 | $40,828.61 | | $40,828.61 |
| 01/04/13 | 1001 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Bond premium | 2300-000 | | $39.43 | $40,789.18 |
| 02/12/13 | | Preferred Bank 601 S. Figueroa St 29th Fl Los Angeles, CA 90017 | Bank Service Fee | 2600-000 | | $42.51 | $40,746.67 |
| 03/01/13 | | Preferred Bank 601 S. Figueroa St 29th Fl Los Angeles, CA 90017 | Bank Service Fee | 2600-000 | | $42.46 | $40,704.21 |
| 04/01/13 | | Preferred Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.40 | $40,661.81 |
| 04/12/13 | 1002 | Biggs & Co. c/o Sam Biggs 3250 Ocean Park Blvd., Suite 350 Santa Monica, CA 90405-3208 | Payment of Insurance Premium Deposit Partial payment of advanced insurance premiums deposits paid by Biggs & Co. Per Court order entered 3/28/13. | 2990-000 | | $2,500.00 | $38,161.81 |
| 04/15/13 | 1003 | AFS/IBEX Financial Services, Inc. P.O. Box 100045 Pasadena, CA 91189-0045 | Payment of Insurance Premium Monthly payment due 4/8/13 for real property insurance on two buildings. Paid per cash disbursement order entered 3/5/13. | 2990-000 | | $643.17 | $37,518.64 |
| 05/01/13 | | Transfer to Acct # xxxxxx5251 | Transfer of Funds | 9999-000 | | $37,518.64 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $40,828.61 | $40,828.61 |
| Less: Bank Transfers/CD's | $0.00 | $37,518.64 |
| Subtotal | $40,828.61 | $3,309.97 |

| | | |
|---|---|---|
| Page Subtotals: | $40,828.61 | $40,828.61 |

Less: Payments to Debtors          $0.00          $0.00

Net          $40,828.61          $3,309.97

Exhibit 9

Page Subtotals:          $0.00          $0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: William James Hanna | Bank Name: Preferred Bank |
| | Account Number/CD#: XXXXXX8831 |
| | Funds Subject to Liens |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/15/13 | | Rodolfo Carmona<br>12621 Pacific Ave., Apt. 7<br>Los Angeles, CA  90066-4380 | Rents Received<br>Rent received for 12621 Pacific<br>Avenue property.  Subject to<br>purported liens. | 1122-000 | $1,236.00 | | $1,236.00 |
| 03/15/13 | | Janine Rose Wunsch<br>12621 Pacific Ave., Apt. 8<br>Los Angeles, CA 90066 | Rent received for 12621 Pacific<br>Avenue property.  Subject to<br>purported liens. | 1122-000 | $618.00 | | $1,854.00 |
| 03/15/13 | | Dana A. Vandiver<br>22031 Calderas<br>Mission HIlls, CA  92691-1211 | Rent received for 12621 Pacific<br>Avenue property.  Subject to<br>purported liens. | 1122-000 | $1,236.00 | | $3,090.00 |
| 03/15/13 | | Mildred Mims<br>12707 Venice Blvd., #5<br>Los Angeles, CA  90066 | Rent received for 12621 Pacific<br>Avenue property.  Subject to<br>purported liens. | 1122-000 | $254.00 | | $3,344.00 |
| 03/15/13 | | Housing Authority of the City of Los Angeles<br>2600 Wilshire Blvd.<br>Los Angeles, CA  90057 | Rent Received<br>re: HAP adjustment for Debra<br>Marie Flores at 12707 Venice<br>Blvd., #4.  Subject to purported<br>liens. | 1122-000 | $1,052.00 | | $4,396.00 |
| 03/25/13 | | Karin M. Ingwersen<br>12707 Venice Blvd., Apt. #3<br>Los Angeles, CA  90066 | Rent received for 12707 Venice<br>Blvd., Apt. #3 property.  Subject<br>to purported liens. | 1122-000 | $1,150.00 | | $5,546.00 |
| 04/03/13 | 2001 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Management Fees<br>Re:  12707 Venice Blvd.<br>Apartments for February, 2013,<br>per Court Order entered 2/4/13. | 3991-460 | | $500.00 | $5,046.00 |
| 04/03/13 | 2002 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Management Fees<br>Re:  12621 Pacific Avenue<br>Apartments for February, 2013,<br>per Court Order entered 2/4/13. | 3991-460 | | $500.00 | $4,546.00 |
| 04/03/13 | 2003 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Repair Expenses<br>Re:  12707 Venice Blvd.<br>Apartments.  Work Invoice dated<br>3/6/13, per Court Orders entered<br>2/4/13 and 3/27/13 | 3992-470 | | $240.00 | $4,306.00 |

| | | |
|---|---|---|
| Page Subtotals: | $5,546.00 | $1,240.00 |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: William James Hanna | Bank Name: Preferred Bank |
| | Account Number/CD#: XXXXXX8831 |
| | Funds Subject to Liens |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/17/13 | | Housing Authority of the City of Los Angeles 2600 Wilshire Blvd. Los Angeles, CA  90057 | Rent Received April rent for Mildred Sarah Mims at 12707 Venice Blvd., #5 and for Debra Marie Flores at 12707 Venice Blvd., #4. | 1122-000 | $1,965.00 | | $6,271.00 |
| 04/17/13 | | Rodolfo Carmona 12621 Pacific Ave., Apt. 7 Los Angeles, CA  90066-4380 | Rent Received Rent for 12612 Pacific Ave., Apt. 7, due 4/1/13. | 1122-000 | $1,236.00 | | $7,507.00 |
| 04/17/13 | | Columba Castro 12707 Venice Blvd., #6 Los Angeles, CA  90066 | Rent Received Rent due 4/1/13 for 12707 Venice Blvd., #6 | 1122-000 | $1,026.00 | | $8,533.00 |
| 04/17/13 | | Daysi C. Serrano Guadron 11955 1/2 Allin St., Apt. 595 Culver City, CA 90230 | Rent Received Rent due 4/1/13 for 12707 Venice Blvd., #2. | 1122-003 | $1,200.00 | | $9,733.00 |
| 04/17/13 | | Mildred S. Mims 51328 Hogback Rd. Badger, CA 93603-9751 | Rent Received Rent due 4/1/13 for 12707 Venice Blvd., #5. | 1122-003 | $254.00 | | $9,987.00 |
| 04/17/13 | | Janine Rose Wunsch 12621 Pacific Ave., Apt. 8 Los Angeles, CA  90066 | Rent Received 1/3 Rent due 4/1/13 for 12621 Pacific Ave., Apt. 8. | 1122-000 | $618.00 | | $10,605.00 |
| 04/17/13 | | Josh Archibald 12621 Pacific Ave., #8 Los Angeles, CA  90066 | Rent Received 1/3 Rent due 4/1/13 for 12621 Pacific Ave., #8. | 1122-000 | $618.00 | | $11,223.00 |
| 04/17/13 | | Dan Van Diver 12621 Pacific Ave., #8 Los Angeles, CA  90066 | Rent Received 1/3 rent due on 4/1/13 for 12621 Pacific Ave., #8. | 1122-000 | $618.00 | | $11,841.00 |
| 04/18/13 | | Mildred S. Mims 51328 Hogback Rd. Badger, CA 93603-9751 | Rent Received Reversal Check was made out to the property management company, not the Trustee.  Check was returned to the property management company to allow them to endorse the check to the Trustee in order to facilitate deposit. | 1122-003 | ($254.00) | | $11,587.00 |

Page Subtotals:                    $7,281.00          $0.00

Page: 5

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-40571 | | | Trustee Name: Peter Mastan - Chapter 7 | | | |
| Case Name: William James Hanna | | | Bank Name: Preferred Bank | | | |
| | | | Account Number/CD#: XXXXXX8831 | | | |
| | | | Funds Subject to Liens | | | |
| Taxpayer ID No: XX-XXX3334 | | | Blanket Bond (per case limit): $2,985,000.00 | | | |
| For Period Ending: 06/27/2014 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/18/13 | | Daysi C. Serrano Guadron 11955 1/2 Allin St., Apt. 595 Culver City, CA 90230 | Rent Received Reversal Check was made out to the property management company, not the Trustee. Check was returned to the property management company to allow them to endorse the check to the Trustee in order to facilitate deposit. | 1122-003 | ($1,200.00) | | $10,387.00 |
| 04/26/13 | | Karin M. Ingwersen 12707 Venice Blvd., Apt. #3 Los Angeles, CA 90066 | Rent Received April rent due for 12707 Venice Blvd., #3. | 1122-000 | $1,150.00 | | $11,537.00 |
| 04/26/13 | | HDSI Management, Inc. 3460 South Broadway St. Los Angeles, CA 90007 | Rents Received Rents due on 12707 Venice Blvd., Units #2 and #5. (replacement check for two earlier checks that were made out to HDSI rather than Peter J. Mastan, TRustee). | 1122-000 | $1,454.00 | | $12,991.00 |
| 05/01/13 | | Transfer to Acct # xxxxxx5269 | Transfer of Funds | 9999-000 | | $12,991.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $14,231.00 | $14,231.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,991.00 |
| Subtotal | $14,231.00 | $1,240.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $14,231.00 | $1,240.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Page Subtotals: $1,404.00   $12,991.00

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 12-40571 | | | | Trustee Name: Peter Mastan - Chapter 7 | | |
| Case Name: William James Hanna | | | | Bank Name: Preferred Bank | | |
| | | | | Account Number/CD#: XXXXXX8874 | | |
| | | | | Segregated Settlement Funds | | |
| Taxpayer ID No: XX-XXX3334 | | | | Blanket Bond (per case limit): $2,985,000.00 | | |
| For Period Ending: 06/27/2014 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/26/13 | 1 | William James Hanna | Settlement Subject to court approval. Not part of the Estate until approved by the Court. | 1110-000 | $115,000.00 | | $115,000.00 |
| 05/01/13 | | Transfer to Acct # xxxxxx5277 | Transfer of Funds | 9999-000 | | $115,000.00 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $115,000.00 | $115,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $115,000.00 |
| Subtotal | $115,000.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $115,000.00 | $0.00 |

| Page Subtotals: | $115,000.00 | $115,000.00 |
|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-40571
Case Name: William James Hanna

Taxpayer ID No: XX-XXX3334
For Period Ending: 06/27/2014

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX5251
Checking
Blanket Bond (per case limit): $2,985,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/13 | | Transfer from Acct # xxxxxx8742 | Transfer of Funds | 9999-000 | $37,518.64 | | $37,518.64 |
| 05/06/13 | 2001 | AFS/IBEX Financial Services, Inc. P.O. Box 100045 Pasadena, CA 91189-0045 | Insurance Monthly payment due 5/8/13 for real property insurance on two buildings. Paid per cash disbursement order entered 3/28/13. | 2990-000 | | $643.17 | $36,875.47 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $55.02 | $36,820.45 |
| 06/28/13 | | Estate of William James Hanna, 12-40571 550 S. Hope St., Suite 825 Los Angeles, CA 90071 | Transfer to General Account Transfer of funds from temporary account holding settlement funds to general account. | 9999-000 | $114,829.08 | | $151,649.53 |
| 07/19/13 | | Estate of William James Hanna, 12-40571 550 S. Hope St., Suite 825 Los Angeles, CA 90071 | Transfer to General Account | 9999-000 | $14,221.82 | | $165,871.35 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $53.02 | $165,818.33 |
| 07/31/13 | 2002 | International Sureties, Ltd. 701 Poydras St. New Orleans, LA 70139 | Bond Premium Payment | 2300-000 | | $28.32 | $165,790.01 |
| 08/26/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $232.20 | $165,557.81 |
| 09/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $246.35 | $165,311.46 |
| 10/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $238.06 | $165,073.40 |
| 11/20/13 | 2003 | Paintcraft Supply and Hardware Co., Inc. 2620 Crenshaw Blvd. Los Angeles, CA 90016 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Venice Apts.) | 3992-470 | | $99.62 | $164,973.78 |

Page Subtotals:                    $166,569.54        $1,595.76

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 | |
| Case Name: William James Hanna | Bank Name: Union Bank | |
| | Account Number/CD#: XXXXXX5251 | |
| | Checking | |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 | |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/13 | 2004 | Paintcraft Supply and Hardware Co., Inc. 2620 Crenshaw Blvd. Los Angeles, CA 90016 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Venice Apts.) | 3992-470 | | $14.14 | $164,959.64 |
| 11/20/13 | 2005 | CR Coatings, Inc. 1861 W. La Habra Blvd., #431 La Habra, CA 90631 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Venice Apts.) | 3992-470 | | $820.00 | $164,139.64 |
| 11/20/13 | 2006 | Paintcraft Supply and Hardware Co., Inc. 2620 C renshaw Blvd. Los Angeles, CA 90016 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Pacific Apts.) | 3992-470 | | $399.72 | $163,739.92 |
| 11/20/13 | 2007 | Paintcraft Supply and Hardware Co., Inc. 2620 Crenshaw Blvd. Los Angeles, CA 90016 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Pacific Apts.) | 3992-470 | | $24.95 | $163,714.97 |
| 11/20/13 | 2008 | AV Plumbing Co., Inc. 17344 Knapp St. Northridge, CA 91325 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Pacific Apts.) | 3992-470 | | $100.00 | $163,614.97 |
| 11/20/13 | 2009 | CR Coatings, Inc. 1861 W. La Habra Blvd., #431 La Habra, CA 90631 | Property Repair Expenses Per Court orders entered 2/4/13. (Re Pacific Apts.) | 3992-470 | | $1,875.00 | $161,739.97 |
| 11/20/13 | 2010 | Community Pest Control 184 South Rosemead Blvd. Pasadena, CA 91107 | Property Repair Expenses Per Court order entered 2/4/13. (Re Pacific Apts.) | 3992-470 | | $475.00 | $161,264.97 |
| 11/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $245.62 | $161,019.35 |
| 04/21/14 | 2011 | Peter J. Mastan 550 S. Hope Street Suite 1765 Los Angeles, CA 90071 | Distribution | | | $12,149.38 | $148,869.97 |
| | | Peter J. Mastan | Final distribution representing a payment of 100.00 % per court order. | ($12,078.42) 2100-000 | | | |
| | | Peter J. Mastan | Final distribution representing a payment of 100.00 % per court order. | ($70.96) 2200-000 | | | |

| | | | Page Subtotals: | | $0.00 | $16,103.81 |
|---|---|---|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: William James Hanna | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5251 |
| | Checking |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/21/14 | 2012 | Clerk of Court U.S. Bankruptcy Court Central District of California Edward R. Roybal Federal Building and Courthouse 255 E. Temple Street, Room 940 Los Angeles, CA 90012 | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $293.00 | $148,576.97 |
| 04/21/14 | 2013 | Marshack Hays LLP 870 Roosevelt Ave. Irvine, CA 92620 | Distribution | | | $40,927.88 | $107,649.09 |
| | | Marshack Hays LLP | Final distribution representing a ($38,697.50) payment of 100.00 % per court order. | 3210-000 | | | |
| | | Marshack Hays LLP | Final distribution representing a ($2,230.38) payment of 100.00 % per court order. | 3220-000 | | | |
| 04/21/14 | 2014 | Sam Biggs Biggs & Co. 3250 Ocean Park Blvd. Suite 350 Santa Monica, CA 90405 | Distribution | | | $18,690.55 | $88,958.54 |
| | | Sam Biggs | Final distribution representing a ($17,402.50) payment of 100.00 % per court order. | 3410-000 | | | |
| | | Sam Biggs | Final distribution representing a ($1,288.05) payment of 100.00 % per court order. | 3420-000 | | | |
| 04/21/14 | 2015 | Union Bank Po Box 85443 San Diego Ca 92186 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | | | $234.66 | $88,723.88 |
| | | | ($0.76) | 7990-000 | | | |
| | | Union Bank | Final distribution to claim 1 representing a payment of 100.00 % per court order. ($233.90) | 7100-900 | | | |
| 04/21/14 | 2016 | Olivia O. Bissell c/o Bissell & Assoc. 2953 Lincoln Blvd Ste 101 Santa Monica Ca 90405 | Final distribution to claim 2 representing a payment of 100.00 % per court order. | | | $84,670.37 | $4,053.51 |

| | | | Page Subtotals: | | $0.00 | $144,816.46 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 21)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No:  12-40571 | | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name:  William James Hanna | | Bank Name: Union Bank |
| | | Account Number/CD#: XXXXXX5251 |
| | | Checking |
| Taxpayer ID No:  XX-XXX3334 | | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending:  06/27/2014 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | ($273.31) | 7990-000 | | | |
| | | Olivia O. Bissell | Final distribution to claim 2 ($84,397.06) representing a payment of 100.00 % per court order. | 7100-000 | | | |
| 04/21/14 | 2017 | William James Hanna 12707 VENICE BLVD #7 LOS ANGELES, CA  90066 | Distribution of surplus funds to debtor. | 8200-002 | | $4,053.51 | $0.00 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $166,569.54 | $166,569.54 |
| Less: Bank Transfers/CD's | $166,569.54 | $0.00 |
| Subtotal | $0.00 | $166,569.54 |
| Less: Payments to Debtors | $0.00 | $4,053.51 |
| Net | $0.00 | $162,516.03 |

Page Subtotals:                    $0.00        $4,053.51

Case 2:12-bk-40571-DS   Doc 142   Filed 07/03/14   Entered 07/03/14 12:47:29   Desc
Main Document   Page 23 of 29

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-40571
Case Name: William James Hanna

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX5269
Funds Subject to Liens

Taxpayer ID No: XX-XXX3334
For Period Ending: 06/27/2014

Blanket Bond (per case limit): $2,985,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/13 |  | Transfer from Acct # xxxxxx8831 | Transfer of Funds | 9999-000 | $12,991.00 |  | $12,991.00 |
| 05/06/13 | 3001 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Management Fees<br>Re:  12707 Venice Blvd.<br>Apartments for March, 2013, per<br>Court Order entered 2/4/13. | 3991-460 |  | $500.00 | $12,491.00 |
| 05/06/13 | 3002 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Management Fees<br>Re:  12621 Pacific Blvd.<br>Apartments for March, 2013, per<br>Court Order entered 2/4/13. | 3991-460 |  | $500.00 | $11,991.00 |
| 05/06/13 | 3003 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Repair Expenses<br>Re:  12707 Venice Blvd.<br>Apartments.<br>Work Invoice 3/6/13 (Home<br>Depot Expenses)<br>Work Invoice 3/27/13 (AV<br>Plumbing Co., Inc.)<br>Work Invoice 3/27/13 (West<br>American Fire Protection)<br>Work Invoice 4/9/13 (HDSI<br>Management)<br>Paid per Court Orders entered<br>2/4/13 and 3/27/13 | 3992-470 |  | $1,112.58 | $10,878.42 |
| 05/06/13 | 3004 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA  90007 | Property Repair Expenses<br>Re:  12621 Pacific Ave.<br>Apartments.<br>Work Invoice 3/27/13 (West<br>American Fire Protection)<br>Work Invoice 4/9/13 (HDSI<br>Management)<br>Paid per Court Orders entered<br>2/4/13 and 3/27/13 | 3992-470 |  | $399.59 | $10,478.83 |
| 05/10/13 |  | Rodolfo Carmona<br>12621 Pacific Ave., Apt. 7<br>Los Angeles, CA 90066-4380 | Rent Received<br>May rent for 12621 Pacific Ave.,<br>Apt. 7. | 1122-000 | $1,236.00 |  | $11,714.83 |

Page Subtotals: $14,227.00  $2,512.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-40571
Case Name: William James Hanna

Trustee Name: Peter Mastan - Chapter 7
Bank Name: Union Bank
Account Number/CD#: XXXXXX5269
Funds Subject to Liens

Taxpayer ID No: XX-XXX3334
For Period Ending: 06/27/2014

Blanket Bond (per case limit): $2,985,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/13 | | Housing Authority of the City of Los Angeles 2600 Wilshire Blvd. Los Angeles, CA  90057 | Rent Received Housing subsidy for Sarah Mildred Mims ($821.00) and Debra Marie Flores (1,144) re 12707 Venice Blvd., Los Angeles, CA  90066 | 1122-000 | $1,965.00 | | $13,679.83 |
| 05/20/13 | | Karin M. Ingwersen 12707 Venice Blvd., Apt. #3 Los Angeles, CA 90066 | Rents Received May rent re 12707 Venice Blvd, Apt. #3. | 1122-000 | $1,150.00 | | $14,829.83 |
| 05/20/13 | | HDSI Management, Inc. 3460 S. Broadway St. Los Angeles, CA 90007 | Rents Received May rent received from Mildren Mims, 12707 Venice Blvd., #5 ($255) and Daysi Serrano Guadro, 12707 Venice Blvd., #2 ($1,200). | 1122-000 | $1,455.00 | | $16,284.83 |
| 05/20/13 | | Columba Castro 12707 Venice Blvd., #6 Los Angeles, CA  90066 | Rents Received May rent received re 12707 Venice Blvd., #6. | 1122-000 | $1,026.00 | | $17,310.83 |
| 05/20/13 | | Dana Van Diver 12621 Pacific Ave., #8 Los Angeles, CA 90066 | Rents Received May rent received re 12621 Pacific Ave., #8 | 1122-000 | $618.00 | | $17,928.83 |
| 05/20/13 | | Janine Rose Wunsch 12621 Pacific Ave., Apt. 8 Los Angeles, CA  90066 | Rents Received May rent re 12621 Pacific Ave., Apt. 8. | 1122-000 | $618.00 | | $18,546.83 |
| 05/20/13 | | Joshua Archibald 12621 Pacific Ave., #8 Los Angeles, CA  90066 | Rents Received May rent re 12621 Pacific Ave., #8. | 1122-000 | $618.00 | | $19,164.83 |
| 05/20/13 | | Housing Authority of the City of Los Angeles 2600 Wilshire Blvd. Los Angeles, CA 90057 | Rents Received May rent re Mildred Sarah Mims, 12707 Venice Blvd., #5. | 1122-000 | $821.00 | | $19,985.83 |
| 05/23/13 | 3005 | HDSI Management, Inc. 3460 S. Broadway Los Angeles, CA  90007 | Property Management Fees Re: 12707 Venice Blvd. Apartments for April, 2013, per Court Order entered 2/4/13. | 3991-460 | | $500.00 | $19,485.83 |

Page Subtotals: $8,271.00 $500.00

# FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: William James Hanna | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5269 |
| | Funds Subject to Liens |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/23/13 | 3006 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA 90007 | Property Management Fees<br>Re: 12621 Pacific Blvd.<br>Apartments for April, 2013, per<br>Court Order entered 2/4/13. | 3991-460 | | $500.00 | $18,985.83 |
| 05/23/13 | 3007 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA 90007 | Property Repair Expenses<br>Labor Bills for Pacific Building<br>repair.<br>HDSI Invoice 05-03-13-01 dated<br>5/3/13 ($315.00)<br>HDSI Invoice 05-03-13-02 dated<br>5/3/13 ($225.00)<br>HDSI Invoice 05-06-13-01 dated<br>5/6/13 ($270.00)<br>HDSI Invoice 05-06-13-02 dated<br>5/6/13 ($33.75)<br>Paid per Court Orders entered<br>2/4/13 and 3/27/13 | 3992-470 | | $843.75 | $18,142.08 |
| 05/23/13 | 3008 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA 90007 | Property Repair Expenses<br>Labor bills for Venice Property<br>repair<br>HDSI Invoice No. 05-03-13-01,<br>dated 5/3/13 ($517.50)<br>HDSI Invoice No. 05-03-13-01,<br>dated 5/3/13 ($377.50)<br>Paid per Court Orders entered<br>2/4/13 and 3/27/13 | 3992-470 | | $895.00 | $17,247.08 |
| 05/23/13 | 3009 | HDSI Management, Inc.<br>3460 S. Broadway<br>Los Angeles, CA 90007 | Property Repair Expenses<br>Various supplies for Venice and<br>Pacific Building<br>Plumbing expense for Venice<br>Blvd., #2<br>Paid per Court Orders entered<br>2/4/13 and 3/27/13 | 3992-470 | | $1,912.16 | $15,334.92 |
| 06/10/13 | | Columba Castro<br>12707 Venice Blvd., #6<br>Los Angeles, CA 90066 | Rents Received<br>June rent for 12707 Venice Blvd.,<br>Apt. #6, Los Angeles, CA 90066 | 1122-000 | $1,026.00 | | $16,360.92 |
| | | | Page Subtotals: | | $1,026.00 | $4,150.91 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-40571 | Trustee Name: Peter Mastan - Chapter 7 |
| Case Name: William James Hanna | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX5269 |
| | Funds Subject to Liens |
| Taxpayer ID No: XX-XXX3334 | Blanket Bond (per case limit): $2,985,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.33 | $16,338.59 |
| 06/28/13 | 3010 | HDSI Management, Inc. 3460 S. Broadway Los Angeles, CA  90007 | Property Management Fees Re: 12707 Venice Blvd. Apartments for May, 2013, per Court Order entered 2/4/13. | 3991-460 | | $500.00 | $15,838.59 |
| 06/28/13 | 3011 | HDSI Management, Inc. 3460 S. Broadway Los Angeles, CA  90007 | Property Management Fees Re: 12621 Pacific Avenue Apartments for May, 2013, per Court Order entered 2/4/13. | 3991-460 | | $500.00 | $15,338.59 |
| 06/28/13 | 3012 | HDSI Management, Inc. 3460 S. Broadway Los Angeles, CA  90007 | Property Repair Expenses Per Court orders entered 2/4/13 and 3/27/13 Pacific Apt. Vermont Outlet True Value, 4/24/13 $183.65 Do It Best, 5/9/13 $384.66 Vermont Outlet True Value, 5/9/13, $31.93 The Home Depot, 5/17/13, $99.03 HDSI Invoice for repair, 5/9/13, $337.50<br><br>Venice Apts. HDSI Invoice for stove replacement, 5/24/13, $80.00 | 3992-470 | | $1,116.77 | $14,221.82 |
| 07/19/13 | 3013 | Estate of William James Hanna, 12-40571 | Transfer to General Account | 9999-000 | | $14,221.82 | $0.00 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $23.03 | ($23.03) |
| 07/30/13 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee Refund | 2600-000 | | ($23.03) | $0.00 |

| | | | | COLUMN TOTALS | $23,524.00 | $23,524.00 | |
| | | | | Page Subtotals: | $0.00 | $16,360.92 | |

Exhibit 9

| | | |
|---|---:|---:|
| Less: Bank Transfers/CDs | $12,991.00 | $14,221.82 |
| Subtotal | $10,533.00 | $9,302.18 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,533.00 | $9,302.18 |

| Page Subtotals: | $0.00 | $0.00 |
|---|---:|---:|

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: 12-40571 | | | | | Trustee Name: Peter Mastan - Chapter 7 | | Exhibit 9 |
| Case Name: William James Hanna | | | | | Bank Name: Union Bank | | |
| | | | | | Account Number/CD#: XXXXXX5277 | | |
| | | | | | Segregated Settlement Funds | | |
| Taxpayer ID No: XX-XXX3334 | | | | | Blanket Bond (per case limit): $2,985,000.00 | | |
| For Period Ending: 06/27/2014 | | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/01/13 | | Transfer from Acct # xxxxxx8874 | Transfer of Funds | 9999-000 | $115,000.00 | | $115,000.00 |
| 06/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $170.92 | $114,829.08 |
| 06/28/13 | 4001 | Estate of William James Hanna, 12-40571 | Transfer to General Account Settlement approved by Court. | 9999-002 | | $114,829.08 | $0.00 |
| 07/25/13 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $165.36 | ($165.36) |
| 07/31/13 | | Union Bank 1980 Saturn Street Monterey Park, CA 91755 | Bank Service Fee Refund | 2600-000 | | ($165.36) | $0.00 |

| | | | | |
|---|---|---|---|---|
| | COLUMN TOTALS | $115,000.00 | $115,000.00 | |
| | Less: Bank Transfers/CD's | $115,000.00 | $114,829.08 | |
| | Subtotal | $0.00 | $170.92 | |
| | Less: Payments to Debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $170.92 | |

Page Subtotals:                     $115,000.00     $115,000.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5251 - Checking | $0.00 | $162,516.03 | $0.00 |
| XXXXXX5269 - Funds Subject to Liens | $10,533.00 | $9,302.18 | $0.00 |
| XXXXXX5277 - Segregated Settlement Funds | $0.00 | $170.92 | $0.00 |
| XXXXXX8742 - Checking | $40,828.61 | $3,309.97 | $0.00 |
| XXXXXX8831 - Funds Subject to Liens | $14,231.00 | $1,240.00 | $0.00 |
| XXXXXX8874 - Segregated Settlement Funds | $115,000.00 | $0.00 | $0.00 |
|  | $180,592.61 | $176,539.10 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $180,592.61 |
| Total Gross Receipts: | $180,592.61 |

Page Subtotals:                    $0.00          $0.00